**Electronically Filed
Supreme Court
SCPW-24-0000638
11-APR-2025
08:54 AM
Dkt. 19 ODDP**

SCPW-24-0000638

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

QIN LI, Petitioner,

vs.

DAMIEN A. ELEFANTE, Chairperson,
Department of Labor & Industrial Relations Appeals Board,
State of Hawaiʻi, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. AB 2022-015; DCD NO. 2-16-40740)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of Petitioner's "motion" to disqualify Respondent from presiding over a workers' compensation case, filed October 1, 2024, and the record, we construe the motion as a petition for writ of mandamus. Construed as such, a writ of mandamus is unwarranted because this issue is more appropriately addressed on appeal rather than through an extraordinary writ

directed to a public official.  See Barnett v. Broderick, 84 Hawai'i 109, 111, 929 P.2d 1359, 1361 (1996); Salling v. Moon, 76 Hawai'i 273, 274 n.3, 874 P.2d 1098, 1099 n.3 (1994).

It is ordered that the petition is denied.

We note that dockets 2, 3, 10, 12, and 14 have been sealed because they contain documents with birthdates, social security numbers, the name of an attorney that was the subject of an Office of Disciplinary Counsel (ODC) complaint, as well as a letter from ODC concerning the outcome of the ODC complaint (docket 12).  The attorney's name and the letter are confidential pursuant to Rule 2.22 of the Rules of the Supreme Court of the State of Hawai'i.  See In re Disciplinary Bd. of Hawai'i Sup. Ct., 91 Hawai'i 363, 363 n.1, 984 P.2d 688, 688 n.1 (1999).  Social security numbers and birthdates are confidential personal information pursuant to Rules 2.19 and 9.1 of the Hawai'i Court Records Rules.

The appellate clerk shall seal docket 1 because docket 1 consists of documents that were submitted to ODC and contain the name of the same attorney.  See RSCH Rule 2.22; Disciplinary Bd., 91 Hawai'i at 363 n.1, 984 P.2d at 688 n.1.

The appellate clerk shall refile redacted versions of dockets 1, 2, 3, 10, and 14 that redacts the name of the

2

attorney in the ODC complaint, social security numbers, and birthdates.

DATED:  Honolulu, Hawaiʻi, April 11, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens